THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Stacy Bing #2, Appellant.
 
 
 

Appeal From Aiken County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-505
Submitted August 1, 2005  Filed August 24, 2005   

DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, and Deputy Director for Legal Services Teresa A. Knox, S.C. Dept. of Probation, of Columbia, for Respondent.
 
 
 

PER CURIAM:  On March 22, 2004, Stacy Bing pleaded guilty to simple possession of crack cocaine.  Bing was sentenced to eighteen months in prison and twenty-four months of his two seven-year probationary sentences probation were revoked.  On appeal, counsel for Bing has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Bing did not file a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
 GOOLSBY, BEATTY, and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.